IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BERTHENA NUNN, et al.                                                                                    PLAINTIFFS

V.                                            CASE NO. 07-CV-1044

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, et al.                                                                                DEFENDANTS

## **ORDER**

Before the Court is Plaintiffs' Motion for Voluntarily Dismissal Without Prejudice. (Doc. 30). Plaintiffs request that the Court dismiss their action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon consideration, the Court finds that Plaintiffs' motion should be and hereby is **GRANTED**. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs claims against all Defendants are hereby dismissed without prejudice.

**IT IS SO ORDERED,** this 8th day of June 2009.

                                                                                              /s/ Harry F. Barnes
                                                                                        Hon. Harry F. Barnes
                                                                                        United States District Judge